**DEFENDANT BANK OF AMERICA, N.A.'S,**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# EXHIBIT A

**BANA's Complaint against**
**Richard Mason in the State Court Action**

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

BANK OF AMERICA, N.A.

Plaintiff,

vs.

**COMPLAINT FOR DAMAGES**

RICHARD MASON

Defendant.

_________________________________/

Plaintiff, BANK OF AMERICA, N.A., complains of Defendant, RICHARD MASON, and would respectfully show the following:

## GENERAL ALLEGATIONS

1. This is an action for damages that are within the jurisdictional limits of this court exclusive of costs.

2. Venue of this action is proper in the county named above because the Defendant is a resident of this county.

3. Plaintiff is a national banking association organized and existing under the laws of the United States of America and having its principal place of business in Charlotte, North Carolina.

4. Bank of America, N.A. ("BANA") is a wholly-owned subsidiary of Bank of America Corporation and the successor-in-interest to FIA Card Services, N.A., formerly known as MBNA America Bank, N.A. ("FIA"). FIA was merged into and under the charter and title of BANA effective October 1, 2014.

5. Defendant applied for and received a credit account, which is owned and administered by Plaintiff (the "Account"). Defendant used or authorized the use of the Account for acquisition of goods, services, balance transfers or cash advances.

6. Defendant failed to make periodic payments as required and the Account was subsequently charged-off. The entire balance on the Account is owed to Plaintiff and is presently due and payable in full.

7. The current Account balance is $11,733.61, which includes any applicable payments, credits, fees and interest as per the underlying agreement. The Account is not accruing post charge-off interest.

8. In accordance with federal regulations, monthly periodic statements for the Account have been provided to the Defendant. Attached hereto and incorporated herein as Exhibit A are copies of periodic account statements provided to Defendant prior to charge-off. Based on Plaintiff's records, there are no unresolved billing disputes related to the Account.

9. Through its undersigned attorney, Plaintiff has demanded payment from Defendant, but Defendant has not satisfied such demand. Plaintiff has performed all conditions precedent to the filing of this action, or all such conditions precedent have occurred.

**COUNT I – ACCOUNT STATED**

Plaintiff realleges paragraphs one (1) through nine (9) as though fully stated herein.

10. Plaintiff asserts that Defendant's use or authorization of use of the credit account to purchase goods, services, balance transfers, and/or cash advances represented a periodic account, for which Plaintiff generated regular monthly statements, see Exhibit A attached.

11. By submitting the payments in response to the statements generated and provided by the Plaintiff, the Defendant has accepted the resulting balance. Defendant implicitly promised to pay Plaintiff the amount set forth in the statement.

12. There are no unresolved billing disputes made in response to receiving the account statements and, therefore, there is a prima facie case establishing the correctness of the account balance. *See, Farley v. Chase Bank, USA, NA,* 37 So. 3d 936 (Fla 4th DCA 2010).

13. Defendant is liable to Plaintiff for the account balance of $11,733.61. Plaintiff seeks judgment for such sum and court costs.

WHEREFORE, premises considered, Plaintiff prays that Defendant be summoned to appear, and that upon entry of default or final hearing, Plaintiff have judgment against Defendant for $11,733.61, which is the balance due on the credit account, all costs of court, and all such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,
ANDREU, PALMA, LAVIN, & SOLIS, PLLC

/s/ Jorge L. Palma, esq. - FBN 597708

815 NW 57th Avenue, Suite 401
Miami, FL 33126
Tel: (305)631-0175
Fax: (305)631-1816
Document service e-mail:
eservice@andreupalma.com
2522000246

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# EXHIBIT A

BANK OF AMERICA

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

RICHARD MASON
1065 SW 8TH ST
PMB 5542
MIAMI FL 33130-3601

**Visa Signature®**
Account# [redacted] **1024**
November 10 - December 9, 2024

## Account Summary/Payment Information

| | |
|---|---|
| Previous Balance | $11,546.81 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$205.70** |
| New Balance Total | $11,752.51 |
| Total Credit Line | $11,100.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $2,300.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 12/09/2024 |
| Days in Billing Cycle | 30 |

| | |
|---|---|
| New Balance Total | $11,752.51 |
| Current Payment Due | $321.00 |
| Past Due Amount | $1,225.00 |
| Total Minimum Payment Due | $1,546.00 |
| Payment Due Date | 01/06/2025 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$40.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 23 years | $28,897.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

09 [redacted]

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: [redacted] **1024**

| | |
|---|---|
| Payment Due Date | 01/06/2025 |
| New Balance Total | $11,752.51 |
| Total Minimum Payment Due | $1,546.00 |

RICHARD MASON
1065 SW 8TH ST
PMB 5542
MIAMI FL 33130-3601

Enter payment amount $ .

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

[redacted] [redacted]

## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST** - We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

**TOTAL INTEREST CHARGE COMPUTATION** - Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges, we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS** - Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE** - When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES** - The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

**MISCELLANEOUS** - Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

© 2024 Bank of America Corporation

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

**PAYMENTS** - We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 11:59 p.m. ET. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers will only be accepted with a valid identification (ID).

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**Change of Address/Phone number: Online at www.bankofamerica.com**

**Please do not add any written communication in this space.**

# Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 12/09 | 12/09 | INTEREST CHARGED ON PURCHASES | | | 205.70 | |
| 12/09 | 12/09 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 12/09 | 12/09 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 12/09 | 12/09 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$205.70** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $269.00 |
| Total interest charged in 2024 | $735.20 |

# Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 21.49%V | | | | $11,645.91 | $205.70 |
| **Balance Transfers** | 21.49%V | | | | $0.00 | $0.00 |
| **Direct Deposit and Check Cash Advances** | 24.49%V | | | | $0.00 | $0.00 |
| **Bank Cash Advances** | 29.24%V | | | | $0.00 | $0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

You can request a copy of this statement in either Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Your Reward Summary

| | |
|---|---|
| .00 | **Base Cash Back Earned** |
| .00 | **Total Cash Back Available** |

**Make the most of your rewards program today!**

## How are we doing? Your opinion is important to us.

You are invited to join the Bank of America® Advisory Panel and share what you think we are doing right — and what we need to do better.

**Enter code CACC at bankofamerica.com/AdvisoryPanel to learn more and join.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Inclusion on the Advisory Panel is subject to qualifications.

SSM-07-24-0067.D | 6864134

BANK OF AMERICA

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

RICHARD MASON
1065 SW 8TH ST
PMB 5542
MIAMI FL 33130-3601

**Visa Signature®**
Account# [redacted] **1024**
April 10 - May 9, 2024

## Account Summary/Payment Information

| | |
|---|---|
| Previous Balance | $9,717.48 |
| Payments and Other Credits | –$941.98 |
| Purchases and Adjustments | $1,889.10 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.17** |
| New Balance Total | $10,664.77 |
| Total Credit Line | $20,000.00 |
| Total Credit Available | $9,335.23 |
| Cash Credit Line | $4,100.00 |
| Portion of Credit Available for Cash | $4,099.00 |
| Statement Closing Date | 05/09/2024 |
| Days in Billing Cycle | 30 |

| | |
|---|---|
| New Balance Total | $10,664.77 |
| Current Payment Due | $106.00 |
| Total Minimum Payment Due | $106.00 |
| Payment Due Date | 06/06/2024 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$40.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 23 years | $28,123.00 |
| $392.00 | 36 months | $14,112.00 (Savings = $14,011.00) |

**If you would like information about credit counseling services, call 866.300.5238.**

09 [redacted]

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: [redacted] **1024**

| | |
|---|---|
| Payment Due Date | 06/06/2024 |
| New Balance Total | $10,664.77 |
| Total Minimum Payment Due | $106.00 |

RICHARD MASON
1065 SW 8TH ST
PMB 5542
MIAMI FL 33130-3601

Enter payment amount $ ______.__

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

[redacted]

## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST** - We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

**TOTAL INTEREST CHARGE COMPUTATION** - Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges, we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS** - Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE** - When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES** - The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

**MISCELLANEOUS** - Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

© 2024 Bank of America Corporation

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**
Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

**PAYMENTS** - We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers will only be accepted with a valid identification (ID).

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**Change of Address/Phone number: Online at www.bankofamerica.com**

**Please do not add any written communication in this space.**

# Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 04/15 | 04/15 | PAYMENT - THANK YOU | 0073 | 1024 | −80.00 | |
| 04/16 | 04/17 | TARGET 00018929 RALEIGH NC | 1515 | 1024 | −156.35 | |
| 04/19 | 04/20 | TARGET 00009613 CARY NC | 2891 | 1024 | −268.11 | |
| 04/20 | 04/22 | TARGET 00009613 CARY NC | 5414 | 1024 | −56.83 | |
| 04/25 | 04/26 | LOWES #00426* CARY NC | 1721 | 1024 | −149.08 | |
| 04/25 | 04/26 | TARGET 00009613 CARY NC | 2911 | 1024 | −61.12 | |
| 04/25 | 04/26 | TARGET 00010801 RALEIGH NC | 0267 | 1024 | −53.61 | |
| 04/26 | 04/27 | TARGET 00010801 RALEIGH NC | 3093 | 1024 | −38.61 | |
| 04/28 | 04/29 | TARGET 00018929 RALEIGH NC | 2646 | 1024 | −4.92 | |
| 04/28 | 04/29 | TARGET 00028738 RALEIGH NC | 0697 | 1024 | −21.35 | |
| 05/02 | 05/02 | PAYMENT - THANK YOU | 0084 | 1024 | −52.00 | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | **−$941.98** |
| | | **Purchases and Adjustments** | | | | |
| 04/09 | 04/10 | TARGET 00018929 RALEIGH NC | 0874 | 1024 | 12.11 | |
| 04/09 | 04/11 | CHICK-FIL-A #01851 919-510-0100 NC | 5991 | 1024 | 10.81 | |
| 04/09 | 04/11 | #28 WAKE COUNTY ABC BOARDRALEIGH NC | 3940 | 1024 | 37.40 | |
| 04/10 | 04/11 | TARGET 00018929 RALEIGH NC | 6168 | 1024 | 12.23 | |
| 04/10 | 04/11 | BOOST MOBILE 833-502-6678 CO | 4698 | 1024 | 15.00 | |
| 04/10 | 04/11 | BOOST MOBILE 833-502-6678 CO | 4712 | 1024 | 5.00 | |
| 04/10 | 04/11 | CIRCLE K # 20816 CARY NC | 6146 | 1024 | 45.82 | |
| 04/11 | 04/12 | TIL*PL CICIS PIZZA 827 CARY NC | 0595 | 1024 | 9.73 | |
| 04/13 | 04/15 | TARGET 00018929 RALEIGH NC | 0047 | 1024 | 14.18 | |
| 04/13 | 04/15 | SQ *PERI BROTHERS PIZZA Raleigh NC | 9568 | 1024 | 39.94 | |
| 04/14 | 04/15 | COMPASS ROSE BREWERY LLC RALEIGH NC | 0965 | 1024 | 28.73 | |
| 04/14 | 04/15 | TARGET 00018929 RALEIGH NC | 0031 | 1024 | 9.64 | |
| 04/15 | 04/16 | CULVERS OF WAKE FOREST WAKE FOREST NC | 9518 | 1024 | 15.35 | |
| 04/15 | 04/16 | EXXON NORTH HILLS RALEIGH NC | 8577 | 1024 | 40.00 | |
| 04/15 | 04/17 | TAXSLAYER 706-868-2333 GA | 0754 | 1024 | 42.00 | |
| 04/15 | 04/17 | TAXSLAYER 706-868-2333 GA | 6573 | 1024 | 14.00 | |
| 04/16 | 04/17 | TARGET 00018929 RALEIGH NC | 1536 | 1024 | 213.18 | |
| 04/16 | 04/17 | TARGET 00018929 RALEIGH NC | 9985 | 1024 | 5.91 | |
| 04/16 | 04/17 | TARGET 00018929 RALEIGH NC | 1720 | 1024 | 4.38 | |
| 04/17 | 04/18 | THE PICKLED PUB RALEIGH NC | 0228 | 1024 | 69.41 | |
| 04/17 | 04/18 | MELLOW MUSHROOM #24 RALEIGH NC | 0060 | 1024 | 41.80 | |
| 04/18 | 04/19 | TARGET 00009613 CARY NC | 4046 | 1024 | 13.93 | |
| 04/19 | 04/20 | TARGET 00009613 CARY NC | 2920 | 1024 | 268.11 | |
| 04/19 | 04/22 | TARGET 00009613 CARY NC | 0245 | 1024 | 19.28 | |
| 04/19 | 04/22 | TACO BELL 020165 CARY NC | 8518 | 1024 | 22.14 | |
| 04/19 | 04/22 | SHELL OIL [redacted] CARY NC | 0387 | 1024 | 40.00 | |
| 04/20 | 04/22 | TARGET 00009613 CARY NC | 5047 | 1024 | 14.18 | |
| 04/20 | 04/22 | TARGET 00009613 CARY NC | 4299 | 1024 | 16.09 | |
| 04/21 | 04/22 | TST* MARABELLA WILMINGTON718-414-4944 NC | 8205 | 1024 | 12.57 | |
| 04/21 | 04/22 | TST* MARABELLA WILMINGTONwilmington NC | 8270 | 1024 | 8.75 | |
| 04/23 | 04/24 | BP#6719140GAS CENTER #14 WILMINGTON NC | 5984 | 1024 | 40.00 | |
| 04/23 | 04/24 | HARRIS TEETER #0210 WILMINGTON NC | 0244 | 1024 | 20.34 | |
| 04/24 | 04/25 | TARGET 00009613 CARY NC | 1228 | 1024 | 9.64 | |
| 04/25 | 04/26 | TST* BRIXX PIZZA - WILMINWILMINGTON NC | 1069 | 1024 | 28.01 | |
| 04/25 | 04/26 | LOWES #00426* CARY NC | 3722 | 1024 | 149.08 | |
| 04/25 | 04/26 | TARGET 00009613 CARY NC | 3658 | 1024 | 61.12 | |
| 04/25 | 04/26 | TARGET 00010801 RALEIGH NC | 0361 | 1024 | 11.28 | |
| 04/25 | 04/26 | TARGET 00010801 RALEIGH NC | 0429 | 1024 | 11.79 | |
| 04/25 | 04/26 | TARGET 00009613 CARY NC | 2702 | 1024 | 53.61 | |
| 04/25 | 04/26 | TOTAL WINE & MORE 6 CARY NC | 7074 | 1024 | 10.70 | |
| 04/25 | 04/26 | DNH*GODADDY.COM https://www.gAZ | 0387 | 1024 | 22.17 | |
| 04/26 | 04/27 | TARGET 00010801 RALEIGH NC | 8822 | 1024 | 38.61 | |
| 04/26 | 04/27 | K MIX TIME ENTERTAINMENT DURHAM NC | 7215 | 1024 | 24.40 | |
| 04/26 | 04/29 | LITTLE CAESARS 3645 0001 RALEIGH NC | 3698 | 1024 | 10.80 | |

continued on next page...

# Transactions Continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 04/26 | 04/29 | SHELL OIL [redacted] RALEIGH NC | 4520 | 1024 | 43.85 | |
| 04/26 | 04/29 | #28 WAKE COUNTY ABC BOARDRALEIGH NC | 1022 | 1024 | 16.00 | |
| 04/27 | 04/29 | CHECKERS #3881 DURHAM NC | 6536 | 1024 | 17.28 | |
| 04/27 | 04/29 | TARGET 00018929 RALEIGH NC | 6570 | 1024 | 7.87 | |
| 04/28 | 04/29 | TARGET 00018929 RALEIGH NC | 8773 | 1024 | 10.07 | |
| 04/28 | 04/29 | TARGET 00028738 RALEIGH NC | 0460 | 1024 | 16.08 | |
| 04/30 | 05/01 | WWW.USGLOBALMAIL.COM WWW.USGLOBALMTX | 2995 | 1024 | 4.75 | |
| 05/02 | 05/03 | BOOST MOBILE 833-502-6678 CO | 4271 | 1024 | 15.00 | |
| 05/03 | 05/04 | WWW.USGLOBALMAIL.COM WWW.USGLOBALMTX | 1050 | 1024 | 14.99 | |
| 05/06 | 05/06 | Peacock 19BD0 Premium 212-6640138 NY | 4083 | 1024 | 6.78 | |
| 05/07 | 05/08 | TARGET 00010801 RALEIGH NC | 4586 | 1024 | 30.21 | |
| 05/07 | 05/08 | TARGET 00010801 RALEIGH NC | 2148 | 1024 | 12.86 | |
| 05/07 | 05/09 | SHELL OIL [redacted] RALEIGH NC | 0606 | 1024 | 42.00 | |
| 05/07 | 05/09 | THE PICKLED PUB RALEIGH NC | 0040 | 1024 | 28.40 | |
| 05/08 | 05/09 | TST* CAROLINA ALE HOUSE-WWAKE FOREST NC | 3284 | 1024 | 29.74 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | **$1,889.10** |
| | | **Interest Charged** | | | | |
| 05/09 | 05/09 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 05/09 | 05/09 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 05/09 | 05/09 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 05/09 | 05/09 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.17 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$0.17** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $29.00 |
| Total interest charged in 2024 | $318.96 |

# Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 22.24%V | | | | $ 0.00 | $ 0.00 |
| Promotional APR | 0.00% | PUR, WT | LM08-80825 | 10/09/2024 | $ 10,314.62 | $ 0.00 |
| **Balance Transfers** | 22.24%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 25.24%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 29.99%V | | | | $ 6.78 | $ 0.17 |

APR Type Definitions Promotional Transaction Types: PUR = Purchase, WT = Non-Bank Wire Transfer; Daily Interest Rate Type: V= Variable Rate (rate may vary); APR Type: Promotional APR (APR for limited time on eligible transactions)

## Important Messages

You can request a copy of this statement in either Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

Please see important information entitled "Your Billing Rights" on the following pages.

## Your Reward Summary

| | |
|---|---|
| 16.20 | **Base Cash Back Earned** |
| 7.26 | **Cash Back Redeemed** |
| 16.20 | **Total Cash Back Available** |

**Make the most of your rewards program today!**

¿Estados de cuenta en español?
¡Podemos hacerlos para usted!

Llame al **800.688.6086** o visite su centro financiero más cercano.

Se aplican exclusiones. No se encuentra disponible para cuentas Comerciales, Merrill, Private Bank y Pequeñas Empresas.

Statements in Spanish?
We can do that for you!

Call **800.432.1000**, or visit your nearest financial center.

Exclusions apply. Not available for Commercial, Merrill, Private Bank and Small Business accounts.

SSM-01-24-0025.B | 6170664

This page intentionally left blank

## Important Information

**Please read the information below to stay informed about changes or other important details that may impact you.**

# YOUR BILLING RIGHTS

**Keep This Document For Future Use**

**This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.**

**What To Do If You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

Bank of America
P.O. Box 672050
Dallas, TX 75267-2050

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

Note: It is very helpful if your letter includes the transaction date and the reference number for the charge, if available.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing or electronically using online or mobile banking. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your Total Credit Line.

After we finish our investigation, one of two things will happen:

- If we determine there was a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.

- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent, including to credit reporting agencies, if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

## Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with Cash Advances, for instance from an ATM or with a check that accesses your credit card account, do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us electronically using online or mobile banking or in writing at:

Bank of America
P.O. Box 672050
Dallas, TX 75267-2050

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

©2024 Bank of America Corporation. All rights reserved.