**DEFENDANT BANK OF AMERICA, N.A.'S, MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# EXHIBIT B

**Plaintiff's Amended Counterclaim in the State Court Action**

Filing # 241612294 E-Filed 02/12/2026 11:11:36 AM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2025-122162-CC-05

BANK OF AMERICA, N.A.

Plaintiff,

vs.

RICHARD MASON

Defendant.

_______________________________/

**DEFENDANT'S COUNTERCLAIM**

COMES NOW the Defendant, RICHARD MASON, appearing pro se, and hereby files this Counterclaim against Plaintiff, BANK OF AMERICA, N.A., to assert factual allegations, statutory violations, and damages. In support thereof, Defendant respectfully states as follows:

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction pursuant to Florida Statute § 34.01(1)(c)3, which grants county courts jurisdiction over civil actions where the amount in controversy is more than $8,000 but $50,000 or less. The Counterclaim seeks $22,500 in TCPA statutory damages, $14,500 in FTSA statutory damages, and $4,000 in FCCPA statutory damages; all totaling approximately $41,000.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

2. This Court has concurrent jurisdiction over private actions under the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. The United States Supreme Court held in *Mims v. Arrow Financial Services, LLC*, 565 U.S. 368 (2012), that federal and state courts have concurrent jurisdiction over private TCPA claims, and no provision of the TCPA or Florida law divests state courts—including county courts—of authority to hear and decide such claims. Florida courts routinely adjudicate TCPA violations when the amount in controversy fits jurisdictional limits.

3. The Eleventh Judicial Circuit in and for Miami-Dade County has recently adjudicated similar TCPA claims involving unsolicited prerecorded voice robocalls to telephones without consent, as in *Blizzard v. Nationwide Mutual Insurance Co.*, Case No. 2022-022187-CA-01 (Cir. Ct. 11th Jud. Cir., Miami-Dade County, Fla.). In that case, the court oversaw the resolution of allegations that the defendant placed prerecorded voice messages (robocalls) in violation of the TCPA and Florida Telephone Solicitation Act, with final proceedings in early 2026. This demonstrates that Miami-Dade courts handle and resolve robocall/autodialer claims under the TCPA.

4. Venue is proper in Miami-Dade County because the violations occurred via calls placed to Defendant's cellular telephone located in this jurisdiction, and the parties are subject to this Court's personal jurisdiction.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**PARTIES**

5. Plaintiff Bank of America, N.A. is a national banking association that placed the calls at issue and is subject to jurisdiction in this Court.

6. Defendant Richard Mason is an individual residing in Miami-Dade County, Florida.

**GENERAL ALLEGATIONS**

7. This Counterclaim arises from communications related to an alleged debt or account between the parties.

8. On May 24, 2024, Plaintiff received a written cease-and-desist letter via USPS Certified Mail (Exhibit C) from the Defendant, revoking any prior express consent and demanding that Plaintiff stop all calls and communications, specifically using an automatic telephone dialing system.

9. After receipt of Defendant's letter on May 24, 2024, Plaintiff willfully placed fifteen (15) calls (using an automatic telephone dialing system and/or prerecorded or artificial voice) to Defendant's cellular telephone, which is (786) 416-4675.

10. Plaintiff's first call to Defendant using an automatic telephone dialing system was on June 5, 2024 and continued until July 10, 2024.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

11. Defendant provides a comprehensive call log of the fifteen (15) violations, including phone numbers used and timestamps of each violation. (Exhibit A). Additionally, Defendant has retained a voicemail recording demonstrating the use of automated dialing technology by the Plaintiff, which can be provided during discovery.

12. Defendant was registered on the National and Florida Do Not Call Lists during the relevant period of Plaintiff's fifteen (15) calls to Defendant. (Exhibit B).

13. Plaintiff's counsel, Andreu, Palma, Lavin & Solis, PLLC, qualifies as a "debt collector" under 15 U.S.C. § 1692a(6) because it regularly collects debts on behalf of others, and was engaged in debt collection activity with respect to Defendant.

14. On January 27, 2025, Defendant sent a written Cease and Desist Letter via email to Plaintiff's counsel, directing that all communications and documents be made to Defendant only via email (Exhibit D). Counsel acknowledged receipt of this request the next day (Exhibit E).

15. On September 6, 2025, Defendant emailed Plaintiff's counsel, Illeana Hernandez, and cc'd Juan Palma, formally requesting that all future service of documents be conducted via email (Exhibit G). That email explained that Defendant does not have a permanent residential address and that physical mail delivery creates

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

delays and imposes unnecessary expenses on the Defendant. The email also reminded Plaintiff's counsel that they had already violated the January 27, 2025, cease and desist notice and again requested that service procedures be updated to reflect email-only communication.

16. Despite Plaintiff's counsel's actual knowledge of these clear written instructions and multiple prior notices, Plaintiff's counsel continued to send physical mail on, but not limited to, four (4) separate occasions, including:

A. January 31, 2025 (Receipt on February 7, 2025)
B. January 31, 2025 (Receipt on February 14, 2025)
C. October 8, 2025 (Receipt on October 15, 2025)
D. December 10, 2025 (Receipt on December 18, 2025)

17. Under FCCPA, Fla. Stat. § 559.72(7), debt collectors may not willfully communicate with a debtor with such frequency or in a manner that can reasonably be expected to harass. Plaintiff's repeated and willful disregard of Defendant's clear and reasonable request to cease physical mailings constitutes oppressive conduct under this statute. (Exhibit D).

18. Plaintiff's counsel continued mailings imposed $5-per-item financial costs on Defendant, who utilizes a virtual mail service due to frequent travel. (Exhibit I).

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Plaintiff's conduct was burdensome and harassing.

19. Defendant's counterclaims regarding The Florida Consumer Collection Practices Act (FCCPA) do not allege that Plaintiff was barred from all communication, but rather that Plaintiff and its counsel continued sending physical mail after receiving repeated express written instructions by Defendant to conduct communications electronically only via email (Exhibits C, D, F, G).

20. Defendant suffered actual harm from the Plaintiff, including nuisance, waste of time, occupation of the cell phone line, and financial costs from physical mail retrieval (Exhibit I).

21. Defendant provided written electronic consent by signing his name in multiple emails expressly requesting to Plaintiff's counsel that all communications be conducted by email only. (Exhibits C, D, F, G). Under the federal E-SIGN Act (15 U.S.C. § 7001), an electronic signature, including a typed name, cannot be denied legal effect solely because it is in electronic form. Plaintiff cannot deny legal effect to Defendant's electronic signatures solely because they were in electronic form.

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS

**COUNT I – VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT**

*(47 U.S.C. § 227(b) et seq.)*

22. Defendant re-alleges all prior paragraphs.

23. Plaintiff willfully violated 47 U.S.C. § 227(b) by placing fifteen (15) autodialed/robocalls to Defendant's cellular telephone without prior express consent after revocation on May 24, 2024.

24. Defendant is entitled to statutory damages of $1,500 per willful violation under 47 U.S.C. § 227(b)(3), totaling $22,500, plus costs and other relief. This claim is pleaded in the alternative to and cumulatively with Count III (FTSA) for the same fifteen (15) calls, so that Defendant may recover under either statute, or both, depending on the Court's ruling regarding federal jurisdiction of TCPA, but FTSA remains the primary basis for relief.

**COUNT II – VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA)**

*(Fla. Stat. § 559.72(7) et seq.)*

25. Defendant re-alleges all prior paragraphs.

26. Although Plaintiff's counsel qualifies as a debt collector under Fla. Stat. § 559.55(6), the Plaintiff, as the original creditor, is also liable for the actions of its

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

agents, including attorneys and collection representatives, under principles of agency, while acting on its behalf. Plaintiff authorized, directed, and/or ratified its counsel's communications, and therefore the Plaintiff is directly liable for all willful and harassing communications by its counsel under Fla. Stat. § 559.72(7).

27. Plaintiff, acting through its counsel as its agent, willfully continued physical mailings after receiving Defendant's written cease-and-desist notices (Exhibits C, D, G), constituting four separate violations at $1,000 each, totaling $4,000.

28. Plaintiff's counsel violated FCCPA, Fla. Stat. § 559.72(7), by communicating with Defendant in a harassing or oppressive manner after receiving multiple notices to cease physical mail and use email only. Because these mailings were made on behalf of Plaintiff, the Plaintiff itself is responsible for these violations, and for the resulting financial harm, including the $5 per mailing pickup fee incurred by Defendant.

29. Plaintiff received all of Defendant's notices via email, with his full name typed/signed at the bottom of each email and/or letter. According to the Electronic Signatures in Global and National Commerce (ESIGN) Act (15 U.S.C. § 7001, et seq.), a typed name in an email is legally valid. A signature cannot be denied legal effect solely because it is in electronic form.

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS

**COUNT III – VIOLATION OF THE FLORIDA TELEPHONE SOLICITATION ACT**

*(Fla. Stat. § 501.059)*

30. Defendant re-alleges all preceding paragraphs.

31. Plaintiff violated FTSA, Fla. Stat. § 501.059(2)(a), by willfully making or causing to be made fifteen (15) telephonic calls to Defendant's cellular telephone using an automated system for the selection or dialing of telephone numbers or the playing of a prerecorded message when a live operator was not on the line, without prior express written consent.

32. Any prior consent was revoked by Defendant's written cease-and-desist letter dated May 24, 2024 (Exhibit C), and all fifteen (15) willful calls occurred after revocation.

33. Defendant is entitled to statutory damages of $500 for the first violation and $1,000 for each subsequent violation under FTSA, Fla. Stat. § 501.059(10)(b), totaling $14,500, plus costs and any other relief the Court deems proper. This claim is pleaded in the alternative to and cumulatively with Count I (TCPA) for the same fifteen (15) willful calls, so that Defendant may recover under either statute, or both, depending on the Court's determination of jurisdiction.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

## IV. PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that this Honorable Court:

1. Award statutory damages to the Defendant as follows:

   A. Statutory damages of **$22,500** under the TCPA (47 U.S.C. § 227(b)(3)) and/or, in the alternative, **$14,500** under the Florida Telephone Solicitation Act (Fla. Stat. § 501.059(10)(b)) for the fifteen (15) autodialed/robocalls;

   B. $1,000 per willful violation of the FCCPA, pursuant to Fla. Stat. § 559.77(2), for the four (4) physical mailings sent by Plaintiff through its counsel acting as Plaintiff's agent, after receiving and acknowledging Defendant's cease-and-desist letter dated January 27, 2025, totaling **$4,000**, with the potential for additional statutory damages based on any future violations or further discovery.

2. Award actual damages for out-of-pocket expenses, including mailbox pickup fees as documented in Exhibit I;

3. Award costs of this action and any other relief the Court deems just, equitable, and proper under the circumstances.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Dated: February 12, 2026

Respectfully submitted,

eSigned by:
02/12/2026 @ 11:03 EST

Richard Mason
Defendant, Pro Se
No Residential Mailing Address
(786) 416-4675
RichardMasonTV@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by:

☑ Florida Courts E-Filing Portal

☐ USPS Certified Mail

to Plaintiff's counsel, Juan G. Andreu, FL 173060, at email address eservice@andreupalma.com, on this 12th day of February, 2026.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# EXHIBIT INDEX

Defendant's Amended Counterclaim exhibits.

A. **Exhibit A**: **TCPA Violations Log Sheet**

Call Log and Evidence of 15 TCPA Violations (post-revocation calls, timestamps, phone numbers, voicemail recording of prerecorded message)

B. **Exhibit B**: **National and Florida Do Not Call List Confirmation**

Confirmation of Registration on National and Florida Do Not Call Lists

C. **Exhibit C**: **Cease and Desist Letter from Defendant to Plaintiff**

Cease-and-Desist Letter to Plaintiff dated May 24, 2024 (via USPS Certified Mail)

D. **Exhibit D**: **Cease and Desist Letter from Defendant to Plaintiff's Counsel**

Cease-and-Desist Letter to Counsel dated January 27, 2025 (email)

E. **Exhibit E**: **Confirmation of Cease and Desist Receipt by Plaintiff's Counsel**

Acknowledgment of January 27, 2025 Cease-and-Desist Letter (January 28, 2025)

F. **Exhibit F**: **Mailing of Documents by Plaintiff's Counsel**

Evidence of Continued Physical Mailings by Counsel

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

G. **Exhibit G**: **Email to Plaintiff's Counsel on September 7, 2025**

Email dated September 6 and 7, 2025, Requesting Email-Only Communication

H. **Exhibit H**: **CFPB Complaint Against Plaintiff's Counsel**

CFPB Complaint and Counsel's Response Admitting Violations

I. **Exhibit I**: **US Global Mail Invoices**

US Global Mail Invoices Showing $5 Pickup Fees per Mailing

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# Signature Certificate

Document completed by all parties on 02/12/2026 @ 11:03 EST

Document ID: 698df9b5242c3b001f7038df

## Sender information

| | |
|---|---|
| Sent On: | 02/12/2026 @ 11:03 EST |
| Timezone: | Eastern Standard Time |
| Sender: | Richard Mason richardmasontv@gmail.com |
| Sender IP: | 198.102.229.104 |

| Signer | Signature |
|---|---|
| Richard Mason<br>richardmasontv@gmail.com<br>Received: 02/12/2026 @ 11:03 EST<br>Viewed: 02/12/2026 @ 11:03 EST<br>Signed: 02/12/2026 @ 11:03 EST | <br>IP: 198.102.229.104 |



eSign

# EXHIBIT A

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

TCPA & FTSA Violations - Call Log

| Date | Time | Communication Type | Phone Number |
|---|---|---|---|
| 7/10/2024 | 1:11 p.m. | Phone Call | 1-800-310-5587 |
| 7/8/2024 | 5:00 p.m. | Phone Call | 1-800-310-5587 |
| 7/2/2024 | 1:49 p.m. | Phone Call | 1-800-310-5587 |
| 6/28/2024 | 1:49 p.m. | Phone Call | 1-800-310-5587 |
| 6/26/2024 | 1:10 p.m | Phone Call | 1-800-310-5587 |
| 6/21/2024 | 1:00 p.m. | Phone Call | 1-888-386-0682 |
| 6/18/2024 | 12:37 p.m. | Phone Call | 1-800-310-5587 |
| 6/17/2024 | 11:34 a.m | Phone Call | 1-800-310-5587 |
| 6/13/2024 | 2:07 p.m | Phone Call | 1-800-310-5587 |
| 6/12/2024 | 8:19 p.m | Phone Call | 1-800-310-5587 |
| 6/11/2024 | 1:56 p.m. | Phone Call | 1-866-442-5030 |
| 6/10/2024 | 12:21 p.m. | Phone Call | 1-866-442-5030 |
| 6/8/2024 | 4:52 p.m. | Phone Call | 1-877-404-6550 |
| 6/6/2024 | 7:39 p.m. | Phone Call | 1-800-310-5587 |
| 6/5/2024 | 1:53 p.m. | Phone Call | 1-877-404-6550 |
| | | **Total Violations:** | **15** |
| | | **Total TCPA Monetary Damages:** | **$22,500** |
| | | **Total FTSA Monetary Damages:** | **$14,500** |

According to the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, the victim can receive $1,500 per violation if the business violated TCPA laws willfully after a cease & desist letter was sent to the business entity.
According to the Florida Telephone Solicitation Act (FTSA), the victim is entitled to statutory damages of $500 for the first violation and $1,000 for each subsequent violation under Fla. Stat. § 501.059(10)(b), totaling $14,500

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS






NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS




NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS




NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS






NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# EXHIBIT B

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



# SUBSCRIBE & UNSUBSCRIBE!

Fields with (*) asterisks are REQUIRED fields.

## Resources

- Report A Call or Text
- Recent News & Updates
- Download the Complaint Form

**Verify Subscription**

**Phone:** [ ] XXX-XXX-XXXX

VERIFY

**Subscribe**

(•) **Single Phone Number** ( ) **Multiple Phone Numbers**

**1.*** [ ] XXX-XXX-XXXX

**Email:*** [ ]

[ ] *I would like to subscribe to the Florida Consumer E-Newsletter*

SUBSCRIBE

## Confirmation

The department has received your subscription to the Florida Do Not Call List.

Telephone number(s) added: will become effective 07/01/2024.
786-416-4675
An email confirming your request was sent to: RICHARDMASONTV@GMAIL.COM
Numbers become effective at the beginning of each quarter. The number will remain on the list indefinitely.

Important Note:
In order to make the list available to solicitors, the list is closed to new subscriptions one month prior to the beginning of the next quarter. This is done to allow solicitors the opportunity to update and maintain a current/accurate list for an entire quarter. Should you register your number during the closed period, it will become effective the following quarter.
Example: Subscribe on December 21, the effective date will be April 1.

To find out the latest information regarding Unsolicited Communications, visit: https://www.fdacs.gov/Consumer-Resources/Florida-Do-Not-Call

**Unsubscribe**

**Phone:*** [ ] XXX-XXX-XXXX

**E-mail:*** [ ]

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



UNSUBSCRIBE

Gmail **Richard Mason <richardmasontv@gmail.com>**

## National Do Not Call Registry - Your Registration Is Confirmed

1 message

**Verify@donotcall.gov** <Verify@donotcall.gov> Sun, May 19, 2024 at 5:20 PM
To: RichardMasonTV@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 4675 on May 09, 2016. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*******************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.



NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# EXHIBIT C

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

BANK OF AMERICA, N.A.
P.O. BOX 15284
WILMINGTON, DE 19850

Current Balance: $1,834.48
Original Creditor Acct# Ending: 6657
Current Balance: $8,081.15
Original Creditor Acct# Ending: 4644
Current Balance: $11,005.25
Original Creditor Acct# Ending: 1024

May 21, 2024

**Re: Cease & Desist from Communication - Telephone Consumer Protection Act Violations**

To Whom It May Concern:

Pursuant to my rights under the FDCPA, I am demanding you immediately stop any and all forms of communication with me, my family, friends, and employer regarding this and all other alleged debts you are attempting to collect from me. If you are claiming I ever consented to receive calls, texts and/or emails, while I deny that I did, I hereby revoke that consent pursuant to my rights under both the FDCPA and the Telephone Consumer Protection Act 47 U.S.C. § 227 regarding my personal phone number (786) 416-4675, and all alleged debts you claim I owe and/or you are attempting to collect from me. I request that you immediately stop using any and all but not limited to phone calls from any BANK OF AMERICA, N.A. company phone number (example: 1-888-248-4226) or but not limited to any affiliates or debt collection companies working for you and using any automatic telephone dialing system equipment which has the capacity to (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers.

This cease & desist letter is to notify you that any calls, texts, or emails I receive from you after the date in this letter will be done so by BANK OF AMERICA, N.A. knowingly & willfully against my consent. If legal action is taken against but not limited to you, and I provide sufficient evidence of but not limited to the unsolicited calls, texts, emails, "Robo Calls" made by you, then I can recover up to $1,500 per phone call showing you violated TCPA laws knowingly and willfully. If you do not comply with this request, then I will pursue all legal action against you.

Sincerely,

RICHARD MASON
Phone Number: (786) 416-4675
Email(s): RichardMasonTV@gmail.com, iamRichardMason@gmail.com, mason8252@aol.com
1065 SW 8TH ST. PMB 5542
MIAMI, FLORIDA 33130

cc Federal Communications Commission
Sent via Certified Mail

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS



7022 3330 0000 2922 1943

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WILMINGTON, DE 19850

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.40 | 0070 50 |
| $ $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) $0.00 | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $0.68 | 05/21/2024 |
| Total Postage and Fees $ $5.08 | |

Sent To Bank of America
Street and Apt. No., or PO Box No. PO Box 15284
City, State, ZIP+4® Wilmington, DE 19850

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Tracking #:
70223330000029221943

| | |
|---|---|
| Total | $5.08 |
| Grand Total: | $5.08 |
| Debit Card Remit | $5.08 |

Card Name: MasterCard
Account #: XXXXXXXXXXXX9109
Approval #: 164078
Transaction #: 564
Receipt #: 096681
Debit Card Purchase: $5.08
AID: A0000000042203 Chip
AL: US Debit
PIN: Verified

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 361399-0070
Receipt #: 840-52800674-1-10328768-2
Clerk: 50

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# EXHIBIT D

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

ANDREU, PALMA, LAVIN & SOLIS, PLLC
887 DONALD ROSS RD
JUNO BEACH, FL 33408
Tel: (877) 631-0174
Fax: (800) 391-2178
Website: www.andreupalma.com
Email: dispute@andreupalma.com, help@andreupalma.com

**Firm File Reference No.: 2522000245**
Current Balance: $2,034.48
Original Creditor Acct# Ending: 6657

**Firm File Reference No.: 2522000246**
Current Balance: $11,752.51
Original Creditor Acct# Ending: 1024

January 27, 2025

**Re: Dispute Debt Collection - emailed to dispute@andreupalma.com, help@andreupalma.com**

To Whom It May Concern:

Today, in the mail I received your two (2) validation notices, generated on January 17, 2025, claiming you are a debt collector attempting to collect on a debt that you claim I owe to Bank of America, N.A. Under the Fair Debt collection Practices Act (FDCPA), I have the right to request validation of the debt you say I owe. I am now requesting evidence that I am indeed the person you are asking to pay this debt, and there is some contractual obligation that is legally binding on me to pay this debt. This is NOT a request for verification or proof of my mailing address, but a request for VALIDATION made pursuant to 15 USC 1692g Sec. 809 (b) of the FDCPA. I immediately request that your law offices provide me with competent evidence that I have any legal obligation to pay you to settle this debt.

If your offices are able to provide the proper documentation as requested in the following declaration, then I will require you to complete your investigation within 30 days and during such time all collection activity must cease and desist from being reported to any and all credit reporting agencies (Experian, Equifax, TransUnion). Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with legal counsel for suit. This includes any listing of any information to a credit-reporting repository that could be inaccurate or invalidated. In addition, during this validation period, your law firm will not proceed with any legal action against me in an attempt to collect on this debt.

Failure to respond via email to this validation request within 30 days from the date of this letter and/or

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

email, then all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately via email. In addition, I will assume that you are not a debt collector attempting to collect on this debt, which will result with your law firm and its affiliates immediate abandonment of this debt entirely with no future attempts made to collect on this debt legally. I am also not legally required to provide you with my identification information or any forms of government identification to assist you. As a debt collector, you should be able to acquire the requested documents for validation of this debt without my involvement.

Please provide the following:

- Agreement with your client that grants you the authority to collect on this alleged debt.
- Agreement that bears the signature of the alleged debtor wherein he/she agreed to pay the creditor.
- Any Judgments obtained by any creditor regarding this account.
- Name and address of alleged creditor.
- Name on file of alleged debtor.
- Alleged account number.
- Address on file for alleged debtor.
- Amount of alleged debt.
- Date that this alleged debt became payable.
- Date of original charge off or delinquency.
- Verification that this debt was assigned and/or sold to your company by the original creditor, including the purchase amount paid by your company for the entirety of the debt(s).
- Complete accounting of alleged debt.
- Commission payment amount for debt collectors if collection efforts are successful.

Your claim WILL NOT be considered if any portion of the above is not completed and returned with copies of all requested documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please allow 30 days for processing after I receive this information back. This letter will be sent via email for my safety and security.

Pursuant to my rights under the FDCPA, I am also demanding you immediately cease & desist from sending me any but not limited to documents, letters, evidence, notices, and statements through physical mail. However, you may instead send everything to my personal email address (i.e. PDF files), listed below, for expedited responses. This request is being made because I travel a lot for work and only check my physical mail once a month. Failure to honor this request will be considered negligence on your behalf as a debt collector.

In addition, you are to immediately stop attempting to contact my family, friends, and employer regarding this and all other alleged debts you are attempting to collect from me. If you are claiming I ever consented to receive calls, texts, while I deny that I did, I hereby revoke that consent pursuant to my rights under both the FDCPA and the Telephone Consumer Protection Act 47 U.S.C. § 227 regarding my personal phone number (786) 416-4675, and all alleged debts you claim I owe and/or you are attempting to collect from

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

me. I request that you immediately stop using any and all but not limited to phone calls from your law firm or any BANK OF AMERICA, N.A. company phone number (example: 1-888-248-4226) or but not limited to any affiliates or debt collection companies working for you and using any automatic telephone dialing system equipment which has the capacity to (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers.

If legal action is taken against but not limited to you, and I provide sufficient evidence of but not limited to the unsolicited calls, texts, "Robo Calls" made by you, then I can recover up to $1,500 per phone call showing you violated TCPA laws knowingly and willfully. If you do not comply with this request, then I will pursue all legal action against you.

Sincerely,

RICHARD MASON
Phone Number: (786) 416-4675
Email(s): RichardMasonTV@gmail.com
1065 SW 8TH ST. PMB 5542
MIAMI, FLORIDA 33130

cc Federal Communications Commission, Consumer Financial Protection Bureau
Sent via Certified Mail

# EXHIBIT E

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



Gmail Richard Mason <richardmasontv@gmail.com>

# Re: Dispute Debt Collection

**Customer Service - Andreu & Palma** <help@andreupalma.com> Tue, Jan 28, 2025 at 1:32 PM
To: Richard Mason <richardmasontv@gmail.com>

Thank you for your email and I forwarded it to the correct department to review.

Thanks in advance,

Jason Malafronte

Customer Service Representative

**ANDREU, PALMA, LAVIN & SOLIS, PLLC**

887 Donald Ross Rd.

Juno Beach, Florida 33408

Phone: (877) 229-5972

2522000245

**Did you know you can make an online payment anytime by visiting www.PayAndreuPalma.com**

The information contained herein is privileged, confidential and proprietary to Andreu, Palma, Lavin & Solis, PLLC. Unauthorized use and duplication is strictly prohibited. This message is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

**Please also be advised that we are debt collectors. This is an attempt to collect a debt and any information we obtain may be used for that purpose.**

---

**From:** Richard Mason <richardmasontv@gmail.com>
**Sent:** Monday, January 27, 2025 2:46 PM
**To:** DISPUTE <dispute@andreupalma.com>
**Cc:** Customer Service - Andreu & Palma <help@andreupalma.com>
**Subject:** Re: Dispute Debt Collection

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Andreu, Palma, Lavin & Solis PLLC,

Please take a look at the attached dispute letter regarding the debt you're trying to collect, generated on January 17, 2025. Please reply to this email confirming you have received it.

Thank you.



NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



**Richard Mason**

**P:** (786) 416-4675
**E:** RichardMasonTV@gmail.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. This email reply is not legally binding. If you have received this communication in error, please notify us immediately by e-mail, and delete all messages.

**If you prefer not to receive email messages from Andreu, Palma, Lavin & Solis, PLLC, please click on this link and reply with "STOP".**

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

# EXHIBIT F

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



ANDREU, PALMA, LAVIN & SOLIS, PLLC

RICHARD MASON
1065 SW 8TH ST PMB 5542
MIAMI FL 33130

**ACCOUNT DETAILS:**
Firm File Number:
2522000245
Creditor:
Bank of America, N.A.
Account Number:
XXXXXXXXXXXX6557
Debtor:
RICHARD MASON
Balance:
$2,034.48

**VERIFICATION OF DEBT** DATE 01/31/2025

Dear RICHARD MASON,

The details and account history requested to validate the Bank of America, N.A. account is provided below.

I. This account was opened on 02/06/2024.
II. A payment was received on this account on 03/14/2024.
III. The current balance as of 01/31/2025 is $2,034.48.

**Questions:**
If you have questions or need assistance with payment options, please call us at (877) 631-0174 or (877) 229-5972, Monday through Friday between the hours of 8:00 AM and 5:00 PM EST.

Sincerely,

*Juan J. Andreu*
Andreu, Palma, Lavin & Solis, PLLC

**ATTORNEYS LICENSED IN FL, GA, NJ & LA**

**OFFICE ADDRESSES:**

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

p. (877) 631-0174
p. (877) 229-5972
f. (800) 391-2178

email:
HELP@AndreuPalma.com

**Agents of the firm speak English and Spanish

A+ BBB ACCREDITED BUSINESS

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED
THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.




NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

ANDREU, PALMA, LAVIN & SOLIS, PLLC

RICHARD MASON
1065 SW 8TH ST PMB 5542
MIAMI FL 33130-3601

**ACCOUNT DETAILS:**
Firm File Number:
2522000246
Creditor:
Bank of America, N.A.
Account Number:
XXXXXXXXXXXX1024
Debtor:
RICHARD MASON
Balance:
$11,752.51

## VERIFICATION OF DEBT

DATE 01/31/2025

Dear RICHARD MASON,

The details and account history requested to validate the Bank of America, N.A. account is provided below.

I. This account was opened on 03/29/2023.
II. A payment was received on this account on 05/02/2024.
III. The current balance as of 01/31/2025 is $11,752.51.

**Questions:**
If you have questions or need assistance with payment options, please call us at (877) 631-0174 or (877) 229-5972, Monday through Friday between the hours of 8:00 AM and 5:00 PM EST.

Sincerely,

Juan G. Andreu
Andreu, Palma, Lavin & Solis, PLLC

ATTORNEYS LICENSED IN FL, GA, NJ & LA

OFFICE ADDRESSES:

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

p. (877) 631-0174
p. (877) 229-5972
f. (800) 391-2178

email:
HELP@AndreuPalma.com

**Agents of the firm speak English and Spanish

A+ Rated
BBB ACCREDITED BUSINESS

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED. THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.




NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS




NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS




IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2025-122162-CC-05

BANK OF AMERICA, N.A.

Plaintiff,

vs.

RICHARD MASON

Defendant.

______________________________/

**NOTICE OF HEARING**

Docket Index Number: 16

PLEASE BE ADVISED that the above styled cause will be called up for hearing upon **Plaintiff's Motion to Dismiss Defendant's Counterclaim** before the Honorable Judge Michael G. Barket, of the above styled court, on **January 27, 2026 at 1:30 p.m. EST** or as soon thereafter as counsel can be heard.

***Zoom Meeting ID: 951 2475 1775***

I HEREBY CERTIFY that I have conferred with counsel or the opposing party in a good faith effort to resolve, by agreement, the issues raised in the Motion or will make a diligent effort to do so prior to the hearing.

***If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Miami-Dade County Courthouse, 73 West Flagler Street Room 1801, Miami, FL 33130 and (305)275-1155 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.***

**I HEREBY CERTIFY** that pursuant to Florida Rule of Judicial Administration 2.516, a true and correct copy of the foregoing has been furnished via electronic means to RICHARD MASON at RichardMasonTV@gmail.com.

Dated: December 18, 2025

Respectfully submitted,
ANDREU, PALMA, LAVIN, & SOLIS, PLLC
/s/ Iliana Hernandez - FBN# 1026010
815 NW 57th Avenue, Suite 401
Miami, FL 33126
Tel. (305)631-0175
Fax. (305)631-1816
Email: eservice@andreupalma.com
2522000246

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# EXHIBIT G

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



Gmail Richard Mason <richardmasontv@gmail.com>

**Request for Service of Documents via Email – Case No. 2025-122162-CC-05**

**Richard Mason** <richardmasontv@gmail.com> Sun, Sep 7, 2025 at 11:19 AM
To: ihernandez@andreupalma.com

---------- Forwarded message ---------
From: **Richard Mason** <richardmasontv@gmail.com>
Date: Sat, Sep 6, 2025 at 12:57 PM
Subject: Request for Service of Documents via Email – Case No. 2025-122162-CC-05
To: <jpalma@andreupalma.com>
Cc: <jandreu@andreupalma.com>

Dear Mr. Andreu and Mr. Palma,

I hope this email finds you well.

I am writing to formally request that all future documents related to the **Case No. 2025-122162-CC-05** be served to me via email, instead of physical mail to the address currently on file at 1065 SW 8TH ST PMB 5542, MIAMI, FL 33130-3601. As I am representing myself in this matter and do not have a permanent residential address, receiving physical mail is a costly inconvenience and may cause delays in my ability to respond to filings promptly.

Additionally, I noticed that in your recent filing, **Plaintiff's Motion for Extension of Time**, you failed to include my email address as part of the certificate of service in the Florida Courts E-Filing Portal. This failure resulted in my not being notified of this motion promptly, further delaying my ability to properly address your filing. This is just another example of how your firm is recklessly handling my case. Previously, your firm violated my **Cease and Desist** request sent on **January 27, 2025**, and now this failure to notify me of the motion is yet another instance of poor case management that I intend to present to the court as part of my defense.

For clarity, my email address is as follows:

**RichardMasonTV@gmail.com**

I respectfully ask that you update your records to reflect this preferred method of service and send any future documents to the above email address.

Lastly, as I have stated in my **Prayer for Relief** found in section 5 of my **Answer and Affirmative Defenses**, I believe that the best solution for all parties involved is for the Court to dismiss the Plaintiff's Complaint with prejudice, considering the ongoing violations of the Florida Consumer Collection Practices Act (FCCPA) and Telephone Consumer Protection Act (TCPA). In exchange, I am willing to forgo any damages or further claims, allowing this matter to be resolved without further litigation. This is a non-monetary settlement with the alleged debt being discharged entirely, which represents the best interests of both parties, as it will allow us to avoid unnecessary costs, delays, and continued litigation. Please notify your client of this reasonable resolution path that I am proposing.

Thank you for your attention to this matter, and I look forward to your cooperation in ensuring more efficient communication moving forward.



**Richard Mason**

**P:** (786) 416-4675
**E:** RichardMasonTV@gmail.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. This email reply is not legally binding. If you have received this communication in error, please notify us immediately by e-mail, and delete all messages.

# EXHIBIT H

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



An official website of the United States Government

Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

Start a new complaint

All complaints (.)

# 250218-18812739

CLOSED

## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 2/17/2025 | Debt collection | Threatened to contact someone or share information improperly |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

YOUR COMPLAINT

A debt collector, ANDREU, PALMA, LAVIN & SOLIS, PLLC, located at 887 DONALD ROSS RD, JUNO BEACH, FL 33408 is attempting to collect on two alleged debts. I responded to their letter in the mail requesting information and the original signed contract for the alleged two debts. In that letter sent via email to dispute@andreupalma.com on January 27, 2025, I stated that the debt collector needs to cease and desist from mailing me documents, statements, etc, to my mailing address and instead email me the documents I requested to verify the alleged debt via email to RichardMasonTV@gmail.com.

ATTACHMENTS

- 1-28-2025_Gmail - Re_ Dispute Debt Collection.pdf (372.2 KB)
- 20250207_142914.jpg (1.5 MB)
- 20250207_150533.jpg (1.7 MB)
- 20250127_125536.jpg (644.8 KB)
- 20250214_130328.jpg (1.6 MB)
- Dispute BOA Debt Collection.pdf (123.2 KB)

View full complaint

## Sent to company

STATUS

Sent to company on 2/24/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



## Company responded

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 3/10/2025 | Closed with explanation |

### Company's Response

To whom it may concern, thank you for giving Andreu, Palma, Lavin & Solis, PLLC (the "Firm") an opportunity to respond to this inquiry. We have reviewed the complaint submitted by Richard Mason ("Mr. Mason") and received by our office on February 25, 2025. We have concluded our investigation into the matters raised by Mr. Mason and provide the following response. The Firm is currently servicing two collection matters on behalf of our client, Bank of America, N.A. and against Mr. Mason. - Account number ending in 6557 Pursuant to the records provided by our client, Bank of America, N.A., this account originated on or about February 6, 2024, with account number ending in 6557. The account was subsequently charged-off as a delinquent debt on November 30, 2024, with a balance of $2,034.48. The subject account was placed with our office for collection on or about January 8, 2025. - Account number ending in 1024 Pursuant to the records provided by our client, Bank of America, N.A., this account originated on or about March 29, 2023, with account number ending in 1024. The account was subsequently charged-off as a delinquent debt on December 31, 2024, with a balance of $11,752.51. The subject account was placed with our office for collection on or about January 8, 2025. For both accounts, the Firm's collection efforts began on January 17, 2025, with the mailing of the Firm's initial validation notice to Mr. Mason at 1065 SW 8TH ST, PMB 5542, Miami FL 33130. Our records reflect that the Firm received a response from Mr. Mason on January 27, 2025, disputing the debts, seeking validation of same along with additional account information, and requesting a cease and desist of all written communication. In accordance with this notice, the Firm marked the accounts in a cease-and-desist status and suppressed all further communication regarding same. On January 31, 2025, as a final response acknowledging Mr. Mason's request that we cease and desist further communication and provide validation of the subject debts, the Firm prepared and forwarded a separate validation of debt response to Mr. Mason for each account, which included the charge-off statement and an activity statement in support of our client's claims. On February 10, 2025, the Firm received a letter from Mr. Mason indicating that the responses were insufficient and failed to address his various requests. Mr. Mason also indicated that the Firm had violated his cease and desist request by forwarding the responsive documents by mail instead of email, as he demanded. In specific response to the matters raised by Mr. Mason, the Firm has never received a consent executed by him to forward email communications with statutory disclosures. Mr. Mason's letter does not serve as authorization to communicate in this fashion. The Firm replied in accordance with consumer collection statutes and regulations by providing a final response acknowledging his request and supporting our client's claims. The Firm has not communicated with Mr. Mason other than by providing the responses referenced above. Should Mr. Mason have any additional questions, we invite him to contact us at (877) 229-5972 between the hours of 8:00 AM and 5:00 PM, Monday through Friday. Sincerely, Andreu, Palma, Lavin & Solis, PLLC

## Feedback provided

STATUS

Feedback provided on 3/10/2025

### Your feedback

THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES

No

I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT

Yes

THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT

No

ADDITIONAL COMMENTS

The cease and desist letter originally sent is in accordance with Florida law and is considered an acceptable way to inform the Company that they must respect Mr. Mason's wish to cease all forms of communication with the exception of emails. The Company violated this request numerous times. Such actions ar legally considered FDCPA violations. If the Company refuses accept the original settlement offer to have both the alleged debts marked as "settled" and "paid in full" in exchange for no legal action taken by Mr. Mason to collect monetary damages for these violations in Florida court, then Mr. Mason will immediately begin legal proceedings both in federal and state court. Please provide a simple yes or no response with regards to Mr. Mason's original settlement offer.

What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.
- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

## Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# EXHIBIT I

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

US Global Mail
1321 Upland Drive
Houston, Texas 77043
United States

# INVOICE

Invoice # **1083817**
Invoice Date **Feb 07, 2025**
Invoice Amount **$5.00 (USD)**
**PAID**

**BILLED TO**
Richard Mason
229 SW 120 Ave
Pembroke Pines, Florida 33025
United States

**SUBSCRIPTION**
Billing Period **Feb 07 to Feb 07, 2025**

| DESCRIPTION | AMOUNT (USD) |
| --- | --- |
| **Shipping: Pickup at Warehouse** | **$5.00** |
| **Total** | **$5.00** |
| Payments | ($5.00) |
| Amount Due (USD) | **$0.00** |

**PAYMENTS**

**$5.00** was paid on 07 Feb, 2025 10:46 PST by Visa card ending 3694.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

US Global Mail
1321 Upland Drive
Houston, Texas 77043
United States

# INVOICE

Invoice # **1088646**
Invoice Date **Feb 14, 2025**
Invoice Amount **$5.00 (USD)**
**PAID**

**BILLED TO**
Richard Mason
229 SW 120 Ave
Pembroke Pines, Florida 33025
United States

**SUBSCRIPTION**
Billing Period **Feb 14 to Feb 14, 2025**

| DESCRIPTION | AMOUNT (USD) |
|---|---|
| **Shipping: Pickup at Warehouse** | **$5.00** |

| | |
|---|---|
| **Total** | **$5.00** |
| Payments | ($5.00) |
| Amount Due (USD) | **$0.00** |

**PAYMENTS**

**$5.00** was paid on 14 Feb, 2025 10:00 PST by Visa card ending 3694.